B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

District Of **New Jersey**

In re **Yahaira Morales**, Case No. **18-14796-JNP**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MidFirst Bank | AmeriHome Mortgage Company, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
MidFirst Bank
Bankruptcy Department
999 NW Grand Boulevard, #110
Oklahoma City, OK 73118-6077
Phone: 800-654-4566
Last Four Digits of Acct #: 4513

Court Claim # (if known): 10-1
Amount of Claim: $78,806.98
Date Claim Filed: 05/15/2018

Phone: N/A
Last Four Digits of Acct. #: 5088

Name and Address where transferee payments should be sent (if different from above):
MidFirst Bank
Bankruptcy Departments
999 NW Grand Boulevard, #110
Oklahoma City, OK 73118-6077
Phone: 800-654-4566
Last Four Digits of Acct #: 4513

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_ Transferee's Agent    Date: 8/28/2018

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177 0933
Telephone: (858) 750 7600
Facsimile: (619) 590-1385
E-mail: JArnold@aldridgepite.com

Agent for MidFirst Bank

| | |
|---|---|
| In Re: | Case No.: 18-14796-JNP |
| YAHAIRA MORALES, | Chapter: 13 |
| | Adv. No.: |
| | Hearing Date: |
| | Judge: Honorable Jerrold N. Poslusny Jr. |

## CERTIFICATION OF SERVICE

1. I, _Agustina Sandoval_:

   ☐ represent the _____ in the above-captioned matter.

   ☐ am the secretary/paralegal for ___, who represents the _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

   ☒ See Attachment Page

2. On _August 28, 2018_, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Transfer of Claim

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:   August 28, 2018                             /s/Agustina Sandoval
                                                             Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Yahaira Morales<br>801 8th North St<br>Millville, NJ 08332 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Terry Tucker<br>Terry Glen Tucker, P.C.<br>80 West Broad Street<br>Bridgeton, NJ 08302<br>terrytucker@comcast.net | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002<br>ecfmail@standingtrustee.com | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| ffice of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102<br>USTPRegion03.NE.ECF@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Attachment Page

☒ am the secretary/paralegal for _____Jenelle C. Arnold_____, agent for the MidFirst Bank
, secured creditor in the above captioned matter.