# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2018 to 12/31/2018
**Case Number: 18-14796 (JNP)**

Yahaira Morales
801 8Th North Street
Millville, NJ  08332

Monthly Payment: $291.00
Payments / Month: 1
Current Trustee Comp.: 8.20%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 04/03/2018 | $288.00 | 05/07/2018 | $288.00 | 06/07/2018 | $288.00 | 07/06/2018 | $288.00 |
| 08/06/2018 | $288.00 | 09/11/2018 | $288.00 | 10/04/2018 | $288.00 | 11/09/2018 | $288.00 |
| 12/11/2018 | $288.00 | | | | | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | YAHAIRA MORALES | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TERRY TUCKER, ESQUIRE | 13 | $3,100.00 | $2,386.38 | $713.62 | $2,122.00 |
| 1 | MIDFIRST BANK | 24 | $410.77 | $0.00 | $410.77 | $0.00 |
| 2 | BEST BUY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP, LLC | 33 | $1,299.56 | $0.00 | $1,299.56 | $0.00 |
| 4 | SYNCHRONY BANK | 33 | $232.16 | $0.00 | $232.16 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $3,138.71 | $0.00 | $3,138.71 | $0.00 |
| 6 | QUANTUM3 GROUP, LLC | 33 | $318.66 | $0.00 | $318.66 | $0.00 |
| 7 | HOME DEPOT CREDIT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP, LLC | 33 | $1,142.09 | $0.00 | $1,142.09 | $0.00 |
| 9 | NISSAN MOTOR ACCEPTANCE CORPORATION | 24 | $12,580.00 | $0.00 | $12,580.00 | $0.00 |
| 10 | QUANTUM3 GROUP, LLC | 33 | $5,789.01 | $0.00 | $5,789.01 | $0.00 |
| 11 | QUANTUM3 GROUP, LLC | 33 | $578.95 | $0.00 | $578.95 | $0.00 |
| 12 | QUANTUM3 GROUP, LLC | 33 | $2,020.42 | $0.00 | $2,020.42 | $0.00 |
| 13 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | QUANTUM3 GROUP, LLC | 33 | $2,772.70 | $0.00 | $2,772.70 | $0.00 |
| 15 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | TERRY TUCKER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | NISSAN MOTOR ACCEPTANCE CORPORATION | 33 | $2,204.97 | $0.00 | $2,204.97 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2018 | 2.00 | $0.00 |
| 06/01/2018 | Paid to Date | $864.00 |
| 07/01/2018 | 57.00 | $291.00 |
| 04/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,592.00 |
| Total paid to creditors this period: | $2,122.00 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $600.00 |
| Attorney: | TERRY TUCKER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN
WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**