UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Terry Glen Tucker, Esquire
Attorney-at-Law
80 West Broad Street
Bridgeton, NJ 08302
(856) 453-7440

In Re:

Yahaira Morales

Case No.: 18-14796

Judge: JNP

Chapter: 13

*FILED*
JEANNE A. NAUGHTON, CLERK
NOV 14 2019
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO
☒ **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**
☐ **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed
by Mid First Bank _____, creditor,

A hearing has been scheduled for Nov. 26th _____, at 10 a.m.

OR

☐ Motion to Dismiss filed by the Standing Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____ __m.

☐ Certification of Default filed by _____, creditor,

I am requesting a hearing be scheduled on this matter.

OR

☐ Certification of Default filed by Standing Chapter 13 Trustee

I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons (**choose one**):

- ❏ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached hereto.

- ❏ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**): Lost my job - Casa P.R.A.C. helped me catch up by sending the mortgage a check in the amount of $3370.00 I'm up to date

- ❏ Other (**explain your answer**): _____

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: ✗ 11/12/19                               ✗ [signature]
                                                Debtor's Signature

Date: _____                            _____
                                                Debtor's Signature

**NOTE:**

1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.*

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within ten (10) days of the filing of a *Creditor's Certification of Default* (under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions*) or a *Trustee's Certification of Default.*

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**

*Local Form 23. rev.6/20/06.jml*

10/16/19

Att: Bankruptcy Dept.

Fax: 405-767-5924

Yahaira morales
856-982-0921
Loan # 0056934513

1 of 11
pages including
cover page

10 of 11

# STAPLES®

Your fax has been sent successfully!

Date:Wed Oct 16 13:12:01 EDT 2019

Phone Number: 4057675924

Images Scanned: 11

Fax Id: 47158601-1f48-48ec-ac32-7a9fa6966aa3

```
      STAPLES
    Make More Happen

  Low prices. Every item. Every day
         Store No: 0312
       2124 North 2nd Street
         Millville, NJ 08332
            856-293-0914


        262626 00 026 90160
 Receipt #: 90160       10/16/2019 13:12

 Qty  Description              Amount

 11   Fax Long Distance -       25.19
      2332921 (405-767-5924)


      SubTotal                  25.19
      Taxes                      0.83
      Total                USD $26.02

 VISA #:*************2081 [S]
 Swipe
 Auth No.: 452314

 The Cardholder agrees to pay the
 Issuer of the charge card in
 accordance with the agreement between
 the Issuer and the Cardholder.

         Compare and Save
      With Staples-brand products.
    THANK YOU FOR SHOPPING AT STAPLES!
```



```
       0312101619901 6026
```



# Deals made for better workdays

**SHIP 7 DAYS A WEEK — NIGHTS AND WEEKENDS.**

## 20% off
signs, banners and posters when you spend $50 or more.

Valid through 11/9/19.

Coupon code: 79525

Valid online at staples.com/services/printing or in Staples® U.S. stores. Excludes Daily Deals, Auto Restock orders, banner accessories and outsource printing. While supplies last. Limit one coupon per customer, nontransferable. Offer is subject to change or cancellation at any time. Minimum purchase requirement must be met with purchases to which no other coupon or instant savings offer applies. Tax and shipping not included in calculating the minimum purchase. Each item purchased can only be discounted by one coupon, applied by cashier in the order received. Coupon not valid if purchased or sold and must be surrendered. No cash/credit back. Not valid on prior purchases or purchases made with Staples® Procurement or Convenience Cards. Coupon value applied pre-tax.
Expires 11/9/19.    ⌐┐ Staples

## 10% off
shipping.

Valid through 11/9/19.

Coupon code: 15596

Valid in Staples® U.S. stores only. Excludes postage stamps. While supplies last. Limit one coupon per customer, nontransferable. Offer is subject to change or cancellation at any time. Each item purchased can only be discounted by one coupon, applied by cashier in the order received. Coupon not valid if purchased or sold and must be surrendered. No cash/credit back. Not valid on prior purchases or purchases made with Staples® Procurement or Convenience Cards. Coupon value applied pre-tax.
Expires 11/9/19.    ⌐┐ Staples

## Free shredding up to 2 lb.

Coupon code: 35987

Valid in Staples® U.S. stores only. While supplies last. Limit one coupon per customer, nontransferable. Offer is subject to change or cancellation at any time. Each item purchased can only be discounted by one coupon, applied by cashier in the order received. Coupon not valid if purchased or sold and must be surrendered. No cash/credit back. Not valid on prior purchases or purchases made with Staples® Procurement or Convenience Cards. Coupon value applied pre-tax. Expires 11/9/19.    ⌐┐ Staples

PR20836

**KML LAW GROUP, P.C.**
A PROFESSIONAL CORPORATION INCORPORATED IN PENNSYLVANIA
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
(215) 627-1322
www.kmllawgroup.com

October 7, 2019

Yahaira Morales
801 8th North Street
Millville, NJ 08332


TERRY TUCKER
Terry Glen Tucker, P.C.
80 West Broad Street
Bridgeton, NJ 08302

RE:  Yahaira Morales
Case No. 18-14796 JNP
Premises:  801 8th North Street Millville NJ 08332
Secured Creditor:  MidFirst Bank

TO WHOM IT MAY CONCERN:

The Motion for Relief from Stay and supporting documents were served on you on **October 7, 2019**. Please be advised that the Motion for Relief from Stay is returnable before Judge **Poslusny, Jerrold N. Jr.** on **November 5, 2019** at **10:00 A.M.**

Please be guided accordingly.

Very truly yours,

KML LAW GROUP, P.C.
A Professional Corporation incorporated in Pennsylvania

**/s/ Denise Carlon, Esq.**
Brian C. Nicholas, Esquire
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(215) 627-1322
DCarlon@KMLlawgroup.com
Attorney for Movant/Applicant

*[Handwritten: Reschedule for 26th]*

*[Handwritten: @ 11:14am 11/5/19]*



2347694331

KML LAW GROUP, P.C.
A Professional Corporation incorporated in Pennsylvania
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(215) 627-1322
Attorneys for MidFirst Bank

| | |
|---|---|
| IN THE MATTER OF:<br><br>Yahaira Morales<br><br>DEBTOR(S), | IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CHAPTER 13<br>CASE NO. 18-14796 JNP<br><br>STATEMENT AS TO WHY NO BRIEF IS NECESSARY IN ACCORDANCE WITH "LOCAL RULES OF BANKRUPTCY PRACTICE" RULE 3(C) |

The within Notice of Motion requests relief from the automatic stay on the grounds, as set forth on the accompanying Certification, that the debtor(s) have failed to maintain their monthly mortgage payments to the Secured Creditor.

As the facts the secured creditor relies upon, as set forth on the accompanying certification, and the basis for relief from the automatic stay, do not present complicated questions of fact or unique questions of law, it is hereby submitted that no brief is necessary in the Court's consideration of the within Motion.

DATED: October 7, 2019

/s/ **Denise Carlon, Esq.**
Brian C. Nicholas, Esquire
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(215) 627-1322
DCarlon@KMLlawgroup.com
Attorney for MidFirst Bank



409-11

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1( b)** <br><br> Denise Carlon <br> KML LAW GROUP, P.C. <br> 216 Haddon Avenue, Ste. 406 <br> Westmont, NJ 08108 <br> MidFirst Bank |
| In Re: <br>         Morales, Yahaira |

Case No:     18-14796 JNP

Chapter: 13

Hearing Date: 11/5/19

Judge: Jerrold N. Poslusny Jr.

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

So911

KML LAW GROUP, P.C.
A Professional Corporation incorporated in Pennsylvania
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(215) 627-1322
Attorneys for MidFirst Bank

4C

| | |
|---|---|
| IN THE MATTER OF:<br><br>Yahaira Morales<br><br>DEBTOR(S), | IN THE UNITED STATES<br>BANKRUPTCY COURT FOR THE<br>DISTRICT OF NEW JERSEY<br><br>CHAPTER 13<br>CASE NO. 18-14796 JNP<br><br>NOTICE OF MOTION FOR RELIEF<br>FROM STAY |
| TO:<br>Yahaira Morales<br>801 8th North Street<br>Millville, NJ 08332<br><br>TERRY TUCKER<br>Terry Glen Tucker, P.C.<br>80 West Broad Street<br>Bridgeton, NJ 08302 | Isabel C. Balboa Esq.<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center - 535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002<br><br>US TRUSTEE<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 |

PLEASE TAKE NOTICE THAT the undersigned attorney for **MidFirst Bank**, will apply to the UNITED STATES BANKRUPTCY COURT, located at **401 Market Street, P.O. Box 2067; Camden, NJ**, for an Order to Grant Relief from the Automatic Stay to authorize the moving parties to prosecute a foreclosure action for the reason that the debtors have failed to maintain their monthly mortgage payments to the Secured Creditor as more particularly set forth in the certification submitted herewith. Costs and counsel fees will also be requested. The property involved is known as **801 8th North Street, Millville NJ 08332**. The hearing on this matter is scheduled for **November 5, 2019 at 10:00 A.M.**

Dated: October 7, 2019

**/s/Denise Carlon, Esq.**
Brian C. Nicholas, Esquire
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(215) 627-1322
DCarlon@KMLlawgroup.com
Attorney for MidFirst Bank

10/15/19
Yahaira Morales
801 Booth St SE
Millville NJ

RE: Order Vacating stay (payments)

To whom it may concern,

I Yahaira Morales D.O.B 3/27/83 Last 4 digits of Social # 6041 purchase my home back in 2016. 801 North 8th St Millville, NJ 08332. I was employed by Millville Savings & Loans.

On March 10, 2019 I was let go from my job. Which it put my two children's and I in a situation we never been before. My children's names are Jose L Acevedo JR D.O.B 2/20/05 and Yahaira M Acevedo D.O.B 11/20/06 and my two small dogs. The struggles were real. I don't receive child support only $50 a month. Unemployment got denied twice and welfare didn't help. All the doors were closing on me.

I had called the electric company, gas, oil, car and mortgage company to inform my situation. Unemployment took forever with the money. The mortgage company advice me as long as I made payments it was fine. But then the payments stop B/C I couldn't with everything myself

70711

② 

with the little bit I was receiving.

Kids school clothes, shoes, food, car & bills all on me was too much. I been the month of September and the month of October behind on bill I have no income. My friends been buying me food for the house and helping in what they can. I been so hurt and destroyed since I lost my job. I been working since I was 16yrs old and on my own. No one had helped me. I build this empire for my kids on my own to have it taken away.

I went to a local agency Casa Prac in Vineland and they said they will help my family. I got approved $3,870 to be paid to my mortgage company. But it takes 30-45 business days.

Please allowed this days for you to receive this payment. After this payment I wont behind.

80911

③

I finally got hired full time @ a Bank and as part time @ the dollar store.

I'm trying my best to build these family of mine once again. Please review my case and take this payment that is on their way and allow my kids and I to stay with our home.

I be back on track moving forward I been bless with two jobs and I will be able to maintaine my kids home again.

Pleas Review and allow us to stay in our home.

Sincerely
Yahaira Morales

Signed before me on
October 15, 2019

LISA M. HARRELL
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES OCT. 6, 2022

.ıl Boost 🗢            9:11 AM



## Begin Your Career at Dollar Tree

October 11, 2019 at 9:45 AM

Dear Yahaira Morales:

It is our pleasure to inform you that you are a candidate for the position of PT CASHIER. As you embark on a career with the leader in value retailing, you will need to complete certain documents.

Click the Onboarding link below to access a secure and confidential website to complete necessary steps of the onboarding process.

You may need the following to complete this step of the process:

- Social Security Number
- Bank account information (if you want to sign-up for direct deposit)

We are required by legislation to verify that all newly hired individuals be authorized to

    

100711

# BRIDGETON ONIZED
## FEDERAL CREDIT UNION

339 Main Street • Cedarville, NJ 08311   (856) 692-4000 • Toll Free 888-896-4007

Yahaira Morales                                September 26, 2019
801 North 8th St
Millville NJ 08332

Re: Offer of Employment

Dear Yahaira,

Please accept this letter as our offer of employment with Bridgeton Onized Federal Credit Union.

Start Date: 10/21/2019
Starting Salary: $16.00 per hr
Position: Owner Service Representative Level 1
Expected Hours Per Week: 38+
Paid Time Off: As Per Policy
Trial Period: 90 Days

In addition, the credit union offers medical, dental and vision coverage for the employee which is partially paid by the credit union. Coverage for children or family is available at the employee's expense. There is a "buy-up" package that is available and the employee is responsible for the additional cost of this coverage. The waiting period for insurance coverage is 90 days.

Work hours initially are 8:20 through closing which is usually about 5:20 Monday through Thursday. On Tuesday, the day begins at 8:00 am with the Weekly Connection, a mandatory enterprise-wide meeting which lasts until approximately 9:10 am. Friday hours are extended to the ownership until 7:00 pm. Saturday hours begin at 8:20 and end at approximately 12:20 pm. Hours are subject to change at the discretion of management or as market demands.

Looking forward to having you on board.

Sincerely,

*[signature]*

Joanne Casper September 26, 2019
Operations Manager


---

Yahaira Morales September 26, 2019
Owner Service Representative


**Trust Your Bank...*For Generations***

Fwd: Payment

From: Y Morales (yahairamorales2020@gmail.com)
To: mgoldsboro82@yahoo.com
Date: Tuesday, November 5, 2019, 08:18 AM EST

Sent from my iPhone

Begin forwarded message:

**From:** Y Morales 
**Date:** November 5, 2019 at 8:13:09 AM EST
**To:**
**Subject: Payment**

| | |
|---|---|
| | 📶 Boost LTE  11:29 AM  63% |
| | **Confirmation** |



| | |
|---|---|
| To | Midland Mortgage *4513 |
| From | Simply Checking ****4442 |
| Amount | $823.00 |
| Deliver by | Oct 22, 2019 |
| Confirmation # | DMDX8-9 ID5S |



Sent from my iPhone



**Casa P.R.A.C., Inc.**

HAROLD GONZALEZ BOARD PRESIDENT
JOSE A. MELENDEZ, EXECUTIVE DIRECTOR

September 23, 2019

**Midland Mortgage**
PO Box 26648
Oklahoma City, OK 73126-0648

Yahaira Morales
801 8th Street
Millville, NJ 08332

Re: Commitment Agreement

To Whom It May Concern:

This letter confirms the approval and commitment of the following consumers that apply for Mortgage assistance through SSH Program. Our payment will be mail out within 30-45 business days from date above.

| Consumer's Name | Loan Account: | Amount: |
| --- | --- | --- |
| Yahaira Morales | 0056934513 | $ 3,370.00 |

Any questions or concerns, please feel free to contact our agency at (856) 692-2331 x108.

Sincerely,

Maria Maldonado
Coordinator of Rental/Utility Program
Casa P.R.A.C., Inc.
800 E. Chestnut Ave.
Vineland, NJ 08360