UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Yahaira Morales,

Debtor.

Case No.:     18-14796-JNP
Chapter:           13
Hearing Date:     1/7/2020
Judge:           Poslusny

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled         ☐ Withdrawn

Matter: Motion for Relief re: 801 8th North Street (Docket # 30)

_____

Date: 1/6/2020                              /s/ Denise Carlon
                                            Signature

*rev.8/1/15*