Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 18-14796 (JNP)

Yahaira Morales  
801 8Th North Street  
Millville, NJ  08332

Monthly Payment: $334.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/31/2022 | $334.00 | 02/28/2022 | $334.00 | 04/14/2022 | $334.00 | 06/01/2022 | $1,002.00 |
| 06/22/2022 | $334.00 | 09/07/2022 | $334.00 | 11/01/2022 | $534.00 | 12/05/2022 | $334.00 |
| 12/29/2022 | $334.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | YAHAIRA MORALES | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TERRY TUCKER, ESQUIRE | 13 | $3,100.00 | $3,100.00 | $0.00 | $0.00 |
| 1 | MIDFIRST BANK | 24 | $410.77 | $348.55 | $62.22 | $106.39 |
| 2 | BEST BUY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP, LLC | 33 | $1,299.56 | $0.00 | $1,299.56 | $0.00 |
| 4 | SYNCHRONY BANK | 33 | $232.16 | $0.00 | $232.16 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $3,138.71 | $0.00 | $3,138.71 | $0.00 |
| 6 | QUANTUM3 GROUP, LLC | 33 | $318.66 | $0.00 | $318.66 | $0.00 |
| 7 | HOME DEPOT CREDIT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP, LLC | 33 | $1,142.09 | $0.00 | $1,142.09 | $0.00 |
| 9 | NISSAN MOTOR ACCEPTANCE CORPORATION | 24 | $12,580.00 | $10,674.84 | $1,905.16 | $3,258.95 |
| 10 | QUANTUM3 GROUP, LLC | 33 | $5,789.01 | $0.00 | $5,789.01 | $0.00 |
| 11 | QUANTUM3 GROUP, LLC | 33 | $578.95 | $0.00 | $578.95 | $0.00 |
| 12 | QUANTUM3 GROUP, LLC | 33 | $2,020.42 | $0.00 | $2,020.42 | $0.00 |
| 13 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | QUANTUM3 GROUP, LLC | 33 | $2,772.70 | $0.00 | $2,772.70 | $0.00 |
| 15 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | TERRY TUCKER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | NISSAN MOTOR ACCEPTANCE CORPORATION | 33 | $2,204.97 | $0.00 | $2,204.97 | $0.00 |
| 18 | MIDFIRST BANK | 13 | $531.00 | $531.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 04/01/2018 | 20.00 | $0.00 |
| 12/01/2019 | Paid to Date | $5,069.00 |
| 01/01/2020 | 39.00 | $334.00 |
| 04/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,874.00 |
| Total paid to creditors this period: | $3,365.34 |
| Undistributed Funds on Hand: | $610.56 |
| Arrearages: | $468.00 |
| Attorney: | TERRY TUCKER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**