**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Yahaira Morales <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6091 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–14796–JNP | |

# Order of Discharge                                                                 12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Yahaira Morales

_7/13/23_                                                      **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                                United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

 ♦ debts that are domestic support obligations;

 ♦ debts for most student loans;

 ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:      Case No. 18-14796-JNP

Yahaira Morales      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3

Date Rcvd: Jul 13, 2023     Form ID: 3180W     Total Noticed: 26

The following symbols are used throughout this certificate:

**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Yahaira Morales, 801 8th North St, Millville, NJ 08332 |
| aty | + | Gavin N Stewart, Stewart LEgal Group, P.L, 401 East Javckson Street, Suite 2340, Tampa, FL 33602-5226 |
| cr | + | Nissan Motor Acceptance Corporation, PO Box 340514, Tampa, FL 33694-0514 |
| 517382553 | | Dicks, PO Box 50916, Atlanta, GA 30353 |
| 517382556 | + | Nissan Motor Acceptance Corp., PO Box 742658, Cincinnati, OH 45274-2658 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 13 2023 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 13 2023 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517531615 | + | Email/Text: BKelectronicnotices@cenlar.com | Jul 13 2023 20:56:00 | AmeriHome Mortgage Company, LLC, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 517382548 | ^ | MEBN | Jul 13 2023 20:53:02 | Amerihome, POB 77404, Ewing, NJ 08628-6404 |
| 517382549 | + | EDI: CITICORP.COM | Jul 14 2023 00:48:00 | Best Buy, PO Box 9001007, Louisville, KY 40290-1007 |
| 517382550 | + | EDI: WFNNB.COM | Jul 14 2023 00:48:00 | Big Lots, PO Box 659707, San Antonio, TX 78265-9707 |
| 517382551 | + | EDI: RMSC.COM | Jul 14 2023 00:48:00 | Care Credit, PO Box 960061, Orlando, FL 32896-0061 |
| 517382552 | + | EDI: CITICORP.COM | Jul 14 2023 00:48:00 | Citi Cards, PO Box 9001037, Louisville, KY 40290-1037 |
| 517382554 | + | EDI: CITICORP.COM | Jul 14 2023 00:48:00 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 517532774 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2023 21:02:14 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517382555 | + | EDI: RMSC.COM | Jul 14 2023 00:48:00 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 517726881 | + | EDI: AISMIDFIRST | Jul 14 2023 00:48:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 517726880 | + | EDI: AISMIDFIRST | Jul 14 2023 00:48:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517391851 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 13 2023 20:56:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 517382557 | + | EDI: RMSC.COM | Jul 14 2023 00:48:00 | Old Navy, PO Box 960017, Orlando, FL 32896-0017 |
| 517382558 | + | EDI: WFNNB.COM | Jul 14 2023 00:48:00 | Piercing Pagoda, PO Box 659819, San Antonio, TX 78265-9119 |
| 517476374 | | EDI: Q3G.COM | Jul 14 2023 00:48:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517528943 | | EDI: Q3G.COM | Jul 14 2023 00:48:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517383477 | + | EDI: AIS.COM | Jul 14 2023 00:48:00 | Synchrony Bank, by AIS InfoSource, LP as, agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517382559 | + | EDI: RMSC.COM | Jul 14 2023 00:48:00 | TJX Rewards, PO Box 530949, Atlanta, GA 30353-0949 |
| 517382560 | + | EDI: RMSC.COM | Jul 14 2023 00:48:00 | Walmart, PO Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517512027 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2023         Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 13, 2023 | Form ID: 3180W | Total Noticed: 26 |

on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Kevin Gordon McDonald
    on behalf of Creditor MidFirst Bank kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Kevin Gordon McDonald
    on behalf of Creditor AmeriHome Mortgage Company  LLC kmcdonald@blankrome.com, bkgroup@kmllawgroup.com

Terry Tucker
    on behalf of Debtor Yahaira Morales terrytucker@comcast.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8