UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on July 17, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br>Yahaira Morales | Case No.: 18-14796 |
| | Hearing Date: |
| | Judge: JNP |
| | Chapter: 13 |

# ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED:** July 17, 2023

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having determined that the final decree was entered prematurely in this case on _____07/14/2023_____ and should be vacated for the reason stated below:

- ❏ Debtor has not yet been discharged
- ❏ Adversary Proceeding number _____ is pending
- ☒ Other: Case Closed Prematurely _____
  _____
  _____

IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-14796-JNP
Yahaira Morales  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 2
Date Rcvd: Jul 17, 2023  Form ID: pdf903  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Yahaira Morales, 801 8th North St, Millville, NJ 08332 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2023  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor MidFirst Bank kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor AmeriHome Mortgage Company  LLC kmcdonald@blankrome.com, bkgroup@kmllawgroup.com |
| Terry Tucker | on behalf of Debtor Yahaira Morales terrytucker@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1  User: admin  Page 2 of 2
Date Rcvd: Jul 17, 2023  Form ID: pdf903  Total Noticed: 1
TOTAL: 8